**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 18-1338**

—————————

SHARRON D. HUNTER-RAINEY,

                Plaintiff - Appellant,

        v.

NORTH CAROLINA STATE UNIVERSITY,

                Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:17-cv-00046-D)

—————————

Submitted:  November 29, 2018                    Decided:  December 6, 2018

—————————

Before GREGORY, Chief Judge, MOTZ, Circuit Judge, and SHEDD, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

David H. Harris, Jr., LINCK HARRIS LAW GROUP, PLLC, Durham, North Carolina, for Appellant.  Joshua H. Stein, Attorney General, Laura H. McHenry, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharron D. Hunter-Rainey appeals the district court's order granting summary judgment to the Defendant in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hunter-Rainey v. N.C. State Univ.*, No. 5:17-cv-00046-D (E.D.N.C. Feb. 28, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
